```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  ELANA S. LANDAU
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California  93721
    Telephone:  (559) 497-4000
 5
 6
 7
 8           IN THE UNITED STATES DISTRICT COURT FOR THE
 9                  EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )   1-12-CR-008-AWI
                                 )
12              Plaintiff,       )
                                 )   ORDER RE: MOTION TO UNSEAL
13       v.                      )   INDICTMENT
                                 )
14  JALAMM PAGGETT,              )
                                 )
15              Defendant.       )
                                 )
16  _____
17
18       Pursuant to the motion by the United States, IT IS HEREBY
19  ORDERED that the Indictment filed on January 12, 2012 be unsealed.
20
21  DATED:  1/19/12          _____
                                 U.S. MAGISTRATE JUDGE
```

FILED
JAN 19 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK