| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | ANN H. VORIS, Bar #100433 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | JALAAM PAGGETT |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 1:12-cr-00008 AWI |
| Plaintiff, | ) | |
| | ) | STIPULATION ADVANCE SENTENCING |
| v. | ) | HEARING; ORDER |
| | ) | |
| JALAAM PAGGETT, | ) | Date: May 7, 2012 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Anthony W. Ishii |
| | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the sentencing hearing in the above-captioned matter now set for May 21, 2012, **may be advanced to May 7, 2012, at 10:00 a.m.**

This reason for advancing the hearing is that counsel has no objections to the report. This will permit resolution and conserve time and resources for both parties and the court. Defense counsel is out of state on the current date of May 21, 2012.

///
///
///
///
///

|   |   |   |
|---|---|---|
|   | BENJAMIN B. WAGNER | |
|   | United States Attorney | |
| Dated: April 17, 2012 | By: | /s/ *Kimberly Sanchez* |
|   |   | KIMBERLY SANCHEZ |
|   |   | Assistant U.S. Attorney |
|   |   | Attorney for Plaintiff |

DANIEL J. BRODERICK
Federal Public Defender

Dated: April 17, 2012        By:    /s/ *Ann H. Voris*
                                    ANN H. VORIS
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    Jalaam Paggett

**O R D E R**

IT IS SO ORDERED.

Dated:   April 18, 2012

_____
CHIEF UNITED STATES DISTRICT JUDGE

Paggett - Stipulation & Order to Advance
Sentencing Hearing